# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ernest Elmore Fore, Jr. and Deborah Ann Fore | BKY. NO. 12-04271 MDF |
| Debtor(s) | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8816

        Respectfully submitted,

        **/s/ Thomas Puleo**
        Thomas Puleo, Esquire
        James C. Warmbrodt, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 825-6306  FAX (215) 825-6406
        Attorney for Movant/Applicant