# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

email: gary.imblum@imblumlaw.com

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

Telephone
717.238.5250
Facsimile
717.558-8990

February 6, 2017

### Via ECF Only

TO: US BANKRUPTCY COURT - CLERK

RE: Deborah & Ernest Fore, Jr
Chapter 13 Bankruptcy Case No. 1-12-04271 MDF

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

AMERICAN CONSUMER SHOW
CO RAPID RECOVERY SOLUTIONS
25 ORVILLE DRIVE STE 101A
BOHEMIA NY 11716-2510

The Creditor's <u>previous</u> address was as follows:

AMERICAN CONSUMER SHOW
CO RAPID RECOVERY SOLUTIONS
PO BOX 220
BOHEMIA NY 11716-0220

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm