## Sharlene Miller

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Thursday, October 19, 2017 3:46 PM |
| **To:** | Gary Imblum |
| **Subject:** | U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Ernest Elmore Fore, Jr., Case Number: 12-04271, RNO, Ref: [p-113682411] |
| **Attachments:** | R_P112042713180W0306.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

October 19, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Ernest Elmore Fore, Jr., Case Number 12-04271, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Ronald Reagan Federal Building**
**228 Walnut St, Rm 320**
**Harrisburg, PA 17108**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

ROBINSON REAGAN & YOUNG PLLC
105 BROADWAY SUITE 300
NASHVILLE, TN 37201-2121

THE UPDATED ADDRESS IS:

446 James Robertson Pkwy Ste 200
Nashville TN 37219

Signature of Debtor or Debtor's Attorney          Date        10/23/17

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

---

Total Control Panel                                                          Login

To: gary.imblum@imblumlaw.com          Message Score: 1              High (60): Pass
From:                                  My Spam Blocking Level: Low   Medium (75): Pass
usbankruptcycourts@noticingcenter.com                               Low (90): Pass

                                       Block this sender
                                       Block noticingcenter.com

*This message was delivered because the content filter score did not exceed your filter level.*