# Sharlene Miller

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Monday, October 23, 2017 6:29 PM |
| **To:** | Gary Imblum |
| **Subject:** | U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Ernest Elmore Fore, Jr., Case Number: 12-04271, RNO, Ref: [p-113782923] |
| **Attachments:** | R_P112042713180W0306.PDF |

<u>Notice of Returned Mail to Debtor/Debtor's Attorney</u>

October 23, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Ernest Elmore Fore, Jr., Case Number 12-04271, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**U.S. Bankruptcy Court**</u>
<u>**Ronald Reagan Federal Building**</u>
<u>**228 Walnut St, Rm 320**</u>
<u>**Harrisburg, PA 17108**</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

MARLIN MEDCLR INOVISION
507 PRUDENTIAL ROAD
HORSHAM PA 19044-2308

THE UPDATED ADDRESS IS:
*Can't find address*

10/24/2017
Case 1:12-bk-04271-RNO   Doc 85   Filed 10/25/17   Entered 10/25/17 11:54:21   Desc
Main Document   Page 1 of 2

Signature of Debtor or Debtor's Attorney        Date  10/24/17

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

Total Control Panel                                                                 Login

To: gary.imblum@imblumlaw.com          Message Score: 1                    High (60): Pass
From:                                   My Spam Blocking Level: Low        Medium (75): Pass
usbankruptcycourts@noticingcenter.com                                       Low (90): Pass

                                        Block this sender
                                        Block noticingcenter.com

*This message was delivered because the content filter score did not exceed your filter level.*