```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 12-04271-RNO
Ernest Elmore Fore, Jr.                                         Chapter 13
Deborah Ann Fore
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: karendavi          Page 1 of 1          Date Rcvd: Dec 19, 2017
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
db/jdb         +Ernest Elmore Fore, Jr.,   Deborah Ann Fore,   232 Hunterstown Road,
                 Gettysburg, PA 17325-7840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    BANK OF AMERICA, N.A. ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Ernest Elmore Fore, Jr. gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor 2 Deborah Ann Fore gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James W Adelman    on behalf of Creditor    Lansing Building Products Inc mail@morrisadelman.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A.,et al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark E Morrison    on behalf of Creditor    IRS Usapam.bankr-harrisburg@usdoj.gov
              Martin A Mooney    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
               ahight@schillerknapp.com;kcollins@schillerknapp.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Ernest Elmore Fore Jr.      Chapter 13
aka Ernest E. Fore Jr., fka Pro Installations      Case No. 1:12−bk−04271−RNO
232 Hunterstown Road
Gettysburg, PA 17325

Deborah Ann Fore
aka Deborah A. Fore, fka Weathershield Exteriors
232 Hunterstown Road
Gettysburg, PA 17325

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−9408
xxx−xx−8986

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 19, 2017      By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: karendavis, Deputy Clerk